UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

 v.

DARRYN DALE MELTZER,

    Defendant.

Case No. CR08-114-MJP

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 23, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Adam Cornell, and defendant was represented by Ralph Hurvitz. Also present was Senior U.S. Probation Officer Steven R. Gregoryk. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on September 5, 2008 by the Honorable Marsha J. Pechman for Misprison of a Felony. He received 4 years of probation which included home confinement for 180 days and 200 hours of community service.

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated April 13, 2009, Senior U.S. Probation Officer Steven R. Gregoryk alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of possession of a controlled substance, on or about March 27, 2009, in violation of the general condition that defendant not commit another crime.

On July 23, 2009, the probation office and government moved to amend the allegation to: Committing the crime of soliciting possession of a controlled substance, a misdemeanor, on or about March 27, 2009, in violation of the general condition that defendant not commit another crime. The Court granted the motion to amend and advised defendant of the amended violation and his right to an evidentiary hearing.

Defendant admitted the above violation, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing August 7, 2009 at 11:00 a.m. before District Judge Marsha J. Pechman.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 23rd day of July, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2